# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> ANTONIO LAMONT DUNLAP <br><br> Date of Original Judgment: June 21, 2013 <br> Date of Previous Amended Judgment: N/A <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 3:12-00073-01 <br> USM No: 21156-075 <br><br> Peter J. Strianse <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  sixty-three (63) months  **is reduced to**  fifty-one (51) months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  June 21, 2013  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  July 20, 2017

Effective Date: _____
*(if different from order date)*

*Judge's signature*

ALETA A. TRAUGER, U.S. District Judge
*Printed name and title*